| | |
|---|---|
| 1 | Russell K. Ryan, #139835 |
| 2 | MOTSCHIEDLER, MICHAELIDES & WISHON, LLP |
|   | 1690 West Shaw Avenue, Suite 200 |
|   | Fresno, California  93711 |
| 3 | Telephone (559) 439-4000 |
|   | Facsimile (559) 439-5654 |
| 4 | |
| 5 | Attorneys for Plaintiff |
|   | MICHELLE KEVORKIAN |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| MICHELLE KEVORKIAN, | ) | NO. 1:09-CV-00736-AWI-GSA |
|---|---|---|
| Plaintiff, | ) | REQUEST AND ORDER FOR DISMISSAL OF THE PROCTOR & GAMBLE U.S. BUSINESS SERVICES COMPANY, PROCTOR & GAMBLE PHARMACEUTICALS, P&G PHARMACEUTICALS, INC., PROCTOR & GAMBLE PHARMACEUTICAL COMPANY AND PROCTOR & GAMBLE PHARMACEUTICALS AND FAMILY HEALTH |
| v. | ) | |
| THE PROCTOR & GAMBLE COMPANY, THE PROCTOR & GAMBLE U.S. BUSINESS SERVICES COMPANY, PROCTOR & GAMBLE PHARMACEUTICALS, P&G PHARMACEUTICALS, INC., THE PROCTOR & GAMBLE PHARMACEUTICAL COMPANY, PROCTOR & GAMBLE PHARMACEUTICALS AND FAMILY HEALTH and PROCTOR & GAMBLE DISTRIBUTION, LLC, | ) | |
| Defendants. | ) | |

TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Stipulation for Extension of Time to File Responsive Pleading and to Amend Complaint filed in this action on May 18, 2009, Plaintiff requests and the court HEREBY ORDERS that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Kevorkian hereby dismisses without prejudice THE PROCTOR & GAMBLE U.S. BUSINESS SERVICES COMPANY, PROCTOR & GAMBLE PHARMACEUTICALS, P&G PHARMACEUTICALS, INC., PROCTOR & GAMBLE PHARMACEUTICAL COMPANY

1  and PROCTOR & GAMBLE PHARMACEUTICALS AND FAMILY HEALTH from this
2  action.

4  Dated: May 28, 2009                    MOTSCHIEDLER, MICHAELIDES
                                          & WISHON, LLP

6                                         By:     /s/ Russell K. Ryan
                                                Russell K. Ryan, Attorneys for
                                                Plaintiff Michelle Kevorkian

**ORDER**

IT IS SO ORDERED.

**Dated:   May 30, 2009**                      **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE