SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
Jasmine L. Anderson (SBN 252973)
jlanderson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
THE PROCTER & GAMBLE COMPANY,
and THE PROCTER & GAMBLE DISTRIBUTING LLC

MOTSCHEIEDLER, MICHAELIDES & WISHON, LLP
Russell K. Ryan (SBN 139835)
rkr@mmwlawfirm.com
1690 W. Shaw Ave., Ste 200
Fresno, CA  93711
Telephone:  559/439-4000
Facsimile: 559/439-5654

Attorneys for Plaintiff
MICHELLE KEVORKIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHELLE KEVORKIAN, | Case No. 1:09-CV-00736-AWI-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| THE PROCTER & GAMBLE COMPANY and THE PROCTER & GAMBLE DISTRIBUTING LLC, | Before The Hon. Anthony W. Ishii |
| Defendants. | |

**STIPULATION**

Defendants The Procter & Gamble Company and The Procter & Gamble Distributing LLC and Plaintiff Michelle Kevorkian, by and through their respective counsel, hereby stipulate as follows:

1.      Defendants timely filed and served their motion for summary judgment based on a hearing date of June 7, 2008.

2.      Plaintiff's counsel has requested that Defendants agree to continue the hearing date for two weeks for medical reasons and due to an intervening trial.  Defendants have agreed to Plaintiff's counsel's request.

3.      The Parties now request that the hearing on Defendant's pending motion for summary judgment be moved to June 21, 2010 at 1:30 p.m.

DATED: May, 20, 2010

Seyfarth Shaw LLP

By

Mark P. Grajski
Jasmine L. Anderson
Attorneys for Defendants
THE PROCTER & GAMBLE COMPANY
            AND THE PROCTER & GAMBLE
                        DISTRIBUTING LLC


DATED: May, 20, 2010

MOTSCHEIEDLER, MICHAELIDES &
WISHON, LLP

By
                    Russell K. Ryan
     Attorneys for Plaintiff
      MICHELLE KEVORKIAN

## ORDER

GOOD CAUSE APPEARING THEREFORE, this Stipulation is hereby approved.

IT IS SO ORDERED.

**Dated:     May 28, 2010**            /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE