**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MICHELLE KEVORKIAN,** | ) | 1:09-CV-0736 AWI SKO |
| | ) | |
| Plaintiff, | ) | **ORDER VACATING HEARING** |
| | ) | **DATE OF JUNE 21, 2010** |
| v. | ) | |
| | ) | |
| **THE PROCTER & GAMBLE COMPANY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Defendants have noticed for hearing and decision a motion for summary judgment. The matter was scheduled for hearing to be held on June 21, 2010. On June 4, 2010, Plaintiff's Attorney filed a Notice of Settlement. The Notice of Settlement states that the parties request the court vacate all hearing dates currently on calendar for this matter. Pursuant to the Notice of Settlement, IT IS HEREBY ORDERED that the previously set hearing date of June 21, 2010 is VACATED.

IT IS SO ORDERED.

**Dated:   June 16, 2010**                      /s/ Anthony W. Ishii
                                                          CHIEF UNITED STATES DISTRICT JUDGE